IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KRISTINA E. SHIRE,

      Plaintiff,

vs.

JOINT APPRENTICE COMMITTEE FOR THE PLUMING AND PIPE FITTING INDUSTRY SACRAMENTO-YOLO DISTRICTS, UA LOCAL 477, et al.,

      Defendant.

_____/

2:05-cv-1792-GEB-GGH-PS

ORDER

      On May 8, 2006, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. No objections were filed.

      Accordingly, the court presumes any findings of fact are correct. See Orland v. United States, 602 F.2d 207, 208 (9th Cir. 1999). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

      The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.

1

1       Accordingly, IT IS ORDERED that:

2       1.  The Proposed Findings and Recommendations filed May 8, 2006, are
3 ADOPTED; and

4       2.  Defendants' March 7, 2006 motion to dismiss is granted, and this action is
5 dismissed.  The court declines to exercise supplemental jurisdiction over plaintiff's claims based
6 on state law, and these claims are dismissed without prejudice.

7 Dated: June 30, 2006

```
                              /s/ Garland E. Burrell, Jr.
                              GARLAND E. BURRELL, JR.
                              United States District Judge
```